UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELSIE BRANSTETTER,<br><br>      Plaintiff,<br><br>  v.<br><br>HOLLAND AMERICA LINE NV LLC,<br><br>      Defendant. | C19-2104 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

The Rule 16(b) Scheduling Order, docket no. 28, and Notice of Setting, docket no. 29, are STRICKEN. The Court sets the following Trial date and related deadlines as follows:

| | |
|---|---|
| **JURY TRIAL DATE** | **Tuesday, January 19, 2021** |
| Length of Trial | 3 days |
| Deadline for joining additional parties | February 14, 2020 |
| Deadline for amending pleadings | June 29, 2020 |
| Disclosure of expert testimony under FRCP 26(a)(2) | June 29, 2020 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | August 20, 2020 |

MINUTE ORDER - 1

| | | |
|---|---|---|
| Discovery completed by | | September 28, 2020 |
| All dispositive motions must be filed by | | October 29, 2020 |
|     and noted on the motion calendar | | |
|     no later than the fourth Friday thereafter | | |
|     (see LCR 7(d)) | | |
| All motions related to expert witnesses (*e.g.*, Daubert motion) must be filed by | | November 5, 2020 |
|     and noted on the motion calendar no later | | |
|     than the third Friday thereafter (see LCR 7(d)) | | |
| All motions in limine must be filed by | | December 17, 2020 |
|     and noted on the motion calendar no later | | |
|     than the Friday before the Pretrial Conference | | |
|     (see LCR 7(d)(4)) | | |
| Agreed Pretrial Order due[1] | | December 30, 2020 |
| Trial briefs, proposed voir dire questions and jury instructions due | | December 30, 2020 |
| Pretrial Conference to be held at 1:30 p.m. on | | January 8, 2021 |

    These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

    As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1.

    Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and

---

[1] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER - 2

admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial might have to await the completion of other cases.

Should this case settle, counsel shall notify Karen Dews at (206) 370-8830 as soon as possible.

The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of January, 2020.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk