HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELSIE BRANSTETTER,

    Plaintiff,

v.

HOLLAND AMERICA LINE N.V. LLC,

    Defendant.

C19-2104 TSZ

**JOINT STATUS REPORT, STIPULATION AND ORDER FOR STAY**

## **STIPULATION**

WHEREAS, Plaintiff Kelsie Branstetter ("Plaintiff") brought suit against Defendant HOLLAND AMERICA LINE N.V. ("Defendant") alleging causes of action for Jones Act negligence, unseaworthiness, and maintenance and cure;

WHEREAS, Plaintiff's employment agreement with Defendant obligates Defendant to pay certain benefits to Plaintiff in the event of a workplace injury, including, where appropriate, maintenance (living expenses) and cure (medical expenses) until Plaintiff reaches a point of maximum medical improvement;

STIPULATION AND ORDER FOR STAY - 1
**C19-2104 TSZ**

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

WHEREAS, Plaintiff and Defendant have settled Plaintiff's Jones Act negligence, unseaworthiness, and *past* maintenance and cure claims;

WHEREAS, the Parties stipulated to stay this case to permit time for the parties to finalize their settlement as to Plaintiff's Jones Act negligence, unseaworthiness, and *past* maintenance and cure claims;

WHEREAS, the Parties also stipulated that in the event Plaintiff is not pursuing any additional claims for maintenance and cure against Defendant for her shipboard injuries as described in her complaint within sixty (60) days after Plaintiff is declared to have reached maximum medical improvement, the parties will jointly move for dismissal with prejudice of this action pursuant to FRCP 41(a)(1)(A)(ii);

WHEREAS, the Parties stipulated that in the event Plaintiff and Defendant have not resolved all outstanding issues between them related to Plaintiff's claim for maintenance and cure as described in her complaint within sixty (60) days of Plaintiff being declared to have reached the point of maximum medical improvement, the parties will jointly move for relief from the stay and will request a scheduling conference be scheduled for the purposes of setting new case management and trial dates;

WHEREAS, on July 1, 2020, this Honorable Court entered an order on the stipulation of the parties which stayed the case and vacated the then-existing case management and trial dates and ordered the parties to submit a Joint Status Report by December 18, 2020 [Dkt. No. 39];

WHEREAS, on December 16, 2021, this Honorable Court entered an order on the further stipulation of the parties which stayed the case for an additional six months and ordered the parties to submit a Joint Status Report by June 18, 2021 [Dkt. No. 41]; and

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

WHEREAS, Plaintiff is still receiving medical treatment for her alleged shipboard injuries and has not yet been declared to have reached the point of medical maximum improvement;

THEREFORE, the parties, by and through their undersigned counsel, hereby agree and stipulate, and request that this Court order, as follows:

1. This matter shall continue to be stayed for an additional six (6) months to provide time for Plaintiff to potentially reach the point of maximum medical improvement;

2. In the event Plaintiff is not pursuing any additional claims against Defendant for maintenance and cure as described in her complaint within sixty (60) days after Plaintiff is declared to have reached maximum medical improvement, the parties will jointly move for dismissal with prejudice of this action pursuant to FRCP 41(a)(1)(A)(ii); and

3. In the event Plaintiff and Defendant have not resolved all outstanding issues between them related to Plaintiff's claim for maintenance and cure as described in her complaint within sixty (60) days of Plaintiff being declared to have reached the point of maximum medical improvement, the parties will jointly move for relief from the stay and will request a scheduling conference be scheduled for the purposes of setting new case management and trial dates.

SO STIPULATED.

| LAW OFFICE OF JOHN MERRIAM | GORDON REES SCULLY MANSUKHANI LLP |
|---|---|
| By: *s/John W. Merriam*<br>John W. Merriam, WSBA #12749<br>Attorney for Plaintiff Kelsie Branstetter<br>Dated: June 18, 2020 | By: *s/Shannon L. Wodnik*<br>Shannon L. Wodnik, WSBA #44998<br>Attorneys for Defendant Holland America Line N.V.<br>Dated: June 18, 2020 |

STIPULATION AND ORDER FOR STAY - 3
**C19-2104 TSZ**

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

# ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED AND ADJUDGED that:

1. This matter shall continue to be stayed for an additional six months to provide time for Plaintiff to potentially reach the point of maximum medical improvement;

2. In the event Plaintiff is not pursuing any additional claims against Defendant for maintenance and cure as described in her complaint within sixty (60) days after Plaintiff is declared to have reached maximum medical improvement, the parties will jointly move for dismissal with prejudice of this action pursuant to FRCP 41(a)(1)(A)(ii); and

3. In the event Plaintiff and Defendant have not resolved all outstanding issues between them related to Plaintiff's claim for maintenance and cure as described in her complaint within sixty (60) days of Plaintiff being declared to have reached the point of maximum medical improvement, the parties will jointly move for relief from the stay and will request a scheduling conference be scheduled for the purposes of setting new case management and trial dates.

4. The parties are ORDERED to submit a Joint Status Report by December 18, 2021, informing the Court as to the status of this case if the parties have not reached a settlement agreement by that date.

DONE and ORDERED on this 22nd day of June, 2021

*/s/ Thomas S. Zilly*
THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR STAY - 4
**C19-2104 TSZ**

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822